1  Angela C. Agrusa (SBN 131337)
       aagrusa@linerlaw.com
2  David B. Farkas (SBN 257137)
       dfarkas@linerlaw.com
3  LINER LLP
   1100 Glendon Avenue, 14th Floor
4  Los Angeles, California 90024.3518
   Telephone:  (310) 500-3500
5  Facsimile:   (310) 500-3501

6  Attorneys for Defendants HILTON GRAND
   VACATIONS COMPANY, LLC
7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| RICHARD CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON GRAND VACATIONS COMPANY, LLC,<br><br>Defendant. | Case No. 5:14-cv-03373-BLF<br><br>The Hon. Beth Labson Freeman<br><br>**STIPULATED VOLUNTARY DISMISSAL**<br><br>Action Filed:   July 25, 2014 |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Richard
2  Chen ("Plaintiff") and Defendant Hilton Grand Vacations Company, LLC,
3  ("Defendant"), by and through their designated counsel, hereby stipulate and agree
4  that the above-captioned action be and hereby is dismissed with prejudice as to
5  Plaintiff's individual claims and without prejudice to the alleged putative class
6  actions claims. The parties further stipulate and agree that each party shall bear their
7  own costs and attorneys' fees associated with this action and dismissal.

**IT IS SO STIPULATED.**

Dated:  October 9, 2014        LAW OFFICE OF TODD M. FRIEDMAN, P.C.


                               By:    */s/ Todd M. Friedman*
                                     Todd M. Friedman
                                     Attorneys for Plaintiff RICHARD CHEN


Dated:  October 9, 2014        LINER LLP


                               By:    */s/ Angela C. Agrusa*
                                     Angela C. Agrusa
                                     Attorneys for Defendant HILTON
                                     GRAND VACATIONS COMPANY, LLC

/ / /
/ / /
/ / /
/ / /

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd M. Friedman, counsel for Plaintiffs, and I have obtained his authorization to affix his electronic signature to this document.

Dated:  October 9, 2014                    LINER LLP


By: _____/s/ Angela C. Agrusa_____
Angela C. Agrusa
Attorneys for Defendants HILTON GRAND VACATIONS COMPANY, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024.3518.

On October 9, 2014, I served true copies of the following document(s) described as **STIPULATED VOLUNTARY DISMISSAL** on the interested parties in this action as follows:

*Attorneys for Plaintiff*
Todd M. Friedman (216752)
Suren N. Weerasuriya (278512)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
Email: tfriedman@attomeysforconsumers.com
Email: sweerasuriya@attomeysforconsumers.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 9, 2014, at Los Angeles, California.

_____
Elsa Critser

41222.033-2100688v1

Case No. 5:14-cv-03373-BLF

STIPULATED VOLUNTARY DISMISSAL